JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MUNOZ-GUZMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAK HEANG RESTAURANT, INC.; THONG KHOU; and DOES 1 through 10,<br><br>    Defendants. | **Case No.: 2:18-cv-09301 R (AGRx)**<br>Assigned to Hon. Manuel Real<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: March 27, 2019

_____
United States District Court Judge